IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK AND SANDRA SILVA,

    Plaintiffs,

v.                                                                                                  Civ. No. 22-0370 KK/JFR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND
ROBERT MALDONADO,

    Defendants.

### ORDER SETTING TELEPHONIC TRIAL SCHEDULING CONFERENCE

THIS MATTER is before the Court *sua sponte* on a review of the record.

It is HEREBY ORDERED that a telephonic scheduling conference is set for **Tuesday, December 13, 2022, at 10:30 a.m. MT.** The conference will address the scheduling of trial and other pre-trial hearings and deadlines. Counsel are to call the Court's AT&T conference line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent