IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK SILVA, and his wife, SANDRA SILVA,

    Plaintiffs,

v.                                              No. 1:22-cv-00370 KK/JFR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and State Farm
Agent ROBERT MALDONADO,

    Defendants.

**ORDER EXTENDING DEADLINE TO
RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

THIS MATTER having come before the Court on State Farm's Stipulated Motion to Extend Deadline to Respond to Plaintiffs' Motion for Summary Judgment [Doc. 32], this Court having reviewed the Motion, noting that it is unopposed and finding good cause, hereby extends the deadline for State Farm to respond to Plaintiffs' Motion for Summary Judgment to January 17, 2023.

_____
HONORABLE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

MILLER STRATVERT P.A.

By */s/ Todd A. Schwarz*
Todd A. Schwarz
P.O. Box 25687
Albuquerque, New Mexico 87125
Telephone: (505) 842-1950
Email: tschwarz@mstlaw.com
*Attorneys for State Farm Mutual Automobile Insurance Company*

Approved by:

By: */s/ Daniel J. O'Friel – approved via email*
Daniel J. O'Friel
Law Office of Daniel J. O'Friel, LLC
P.O. Box 2084
Santa Fe, NM 87504-2084
Telephone: (505) 982-5929
Email: dan@ofriellaw.com
*Attorney for Plaintiffs*